IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FIESTA PALMS, LLC, a Nevada limited liability company,

    Plaintiff,

  v.

555 FOURTH STREET ASSOCIATES, LLC, a California limited liability company, JOE CASSIDY CONSTRUCTION, INC., a California corporation, and DOES 1 through 50, inclusive.

    Defendant.

No. C 06-05962 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for five weeks. Please submit a joint case management statement no later than seven days prior to the January 4, 2007, case management conference.

**IT IS SO ORDERED.**

Dated: December 7, 2006.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE