# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FIESTA PALMS, LLC

          CASE NO. 06 05962

    Plaintiff(s),

      v.         STIPULATION AND [PROPOSED]
555 FOURTH STREET ASSOC. LLC and  ORDER SELECTING ADR PROCESS
JOE CASSIDY CONSTRUCTION CO. INC
      Defendant(s).
_____/

    Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE) (ADR L.R. 5)
        Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✔   Private ADR *(please identify process and provider)*   <u>Mediation utilizing JAMS</u>


The parties agree to hold the ADR session by:
    ✔   the presumptive deadline *(The deadline is 90 days from the date of the order
       referring the case to an ADR process unless otherwise ordered.)*

       other requested deadline _____


Dated: <u>Dec. 20, 2006</u>        <u>/s/ Audrey Millemann</u>
               **Attorney for Plaintiff**


Dated: <u>Dec. 20, 2006</u>        /s/ Rebecca J. Bishop
               **Attorney for Defendant**

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

        Non-binding Arbitration

        Early Neutral Evaluation (ENE)

        Mediation

✔      Private ADR

Deadline for ADR session

✔      90 days from the date of this order.

        other

IT IS SO ORDERED.

Dated: December 22, 2006

_____
William H. Alsup
UNITED STATES DISTRICT      JUDGE