FILED

JAN 0 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
DEC 2 6 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIESTA PALMS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>555 FOURTH STREET ASSOCIATES, LLC, a California limited liability company; JOE CASSIDY CONSTRUCTION, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. C 06-5962 WHA<br><br>~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Hilary Harp, an active member in good standing of the bar of the U.S. District Court, Northern District of Georgia, whose business address and telephone number is POWELL GOLDSTEIN, LLP, One Atlantic Center – Fourteenth Floor, 1201 West Peachtree Street NW, Atlanta, Georgia 30309-3488, (408) 572-4531, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~December~~ 1-4-07 ~~, 2006~~

_____
Honorable William Alsup
United States District Judge

1020982 v1/SF

(PROPOSED) ORDER
C 06-5962 EMC

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FIESTA PALMS INC,

    Plaintiff,

v.

555 FOURTH STREET et al,

    Defendant.

    /

Case Number: CV06-05962 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hilary Harp
Powell Goldstein, LLP
One Atlantic Center - 14th Floor
1201 West Peachtree Street NW
Atlanta, Georgia   30309-3488

Dated: January 4, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk